**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic (SBN 271465)
rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak (*Admitted Pro Hac Vice*)
sbak@milbank.com
Nicole Vasquez Schmitt (*Admitted Pro Hac Vice*)
nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank (Suisse) SA, and Deutsche Bank S.A.E.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs", <br><br> Plaintiff, <br><br> v. <br><br> Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffmann, deceased Honorary Consul General of Germany to Spain, <br><br> Defendants. | Case No. CV 12-7582-PA-MANx <br><br> **SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) SA, AND DEUTSCHE BANK, S.A.E.'S MOTION TO DISMISS** <br><br> Complaint Filed: September 5, 2012 <br> Judge: Hon. Dale S. Fischer <br> Hearing Date: December 17, 2012 <br> Hearing Time: 1:30 p.m. <br> Courtroom: 840 - Roybal |

**SECOND REQUEST FOR JUDICIAL NOTICE**

Defendants Deutsche Bank AG, Deutsche Bank (Suisse) SA,[1] and Deutsche Bank S.A.E.[2] (collectively, the "Banks") hereby request that the Court take judicial notice of (i) a September 5, 2012 complaint filed by Plaintiff against Credit Suisse AG and other Credit Suisse entities in the United States District Court for the District of Columbia (the "CS Complaint," attached as Ex. A) and (ii) the recent order dismissing the CS Complaint (the "CS Order," attached as Ex. B).[3] The CS Complaint is virtually identical to the Complaint in the present case and—just as here—is brought by Plaintiff "individually, and as a member of the 'Interest Association of Wertheim Heirs.'" The CS Order dismissed the CS Complaint on the basis that Plaintiff attempted to represent the interests of other persons *pro se*. This request is made pursuant to Rule 201 of the Federal Rules of Evidence and the authorities cited below, and in connection with the Banks' pending Motion to Dismiss. [Dkt. 16].

| Exhibit | Description |
|---------|-------------|
| A | *Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs" v. Credit Suisse AG, et al.*, Case No. 12-1468 (RBW) (D.D.C. September 5, 2012) -- Complaint, ECF No. 1 |
| B | *Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs" v. Credit Suisse AG, et al.*, Case No. 12-1468 (RBW) (D.D.C. November 16, 2012) -- Order, ECF No. 13 |

**BASIS FOR REQUESTING JUDICIAL NOTICE**

Exhibit A is the September 5, 2012 CS Complaint filed by Plaintiff, "individually, and as a member of the 'Interest Association of Wertheim Heirs'" in

---

[1] DB Suisse is mistakenly named as "Deutsche Bank Suisse Geneva" in the Complaint.

[2] DB Spain is mistakenly named as "Deutsche Bank Spain SA" in the Complaint.

[3] The CS Order was issued on November 16, 2012, subsequent to the Banks' initial Request for Judicial Notice filed with the Court on October 26, 2012. [Dkt. 17].

the United States District Court for the District of Columbia against Credit Suisse AG and various other Credit Suisse entities. The CS Complaint is virtually identical to the Complaint in the present case.

Exhibit B is the November 16, 2012 CS Order of the United States District Court for the District of Columbia dismissing the CS Complaint. As noted above, Plaintiff's CS Complaint was styled *exactly* as here—on behalf of "Edward D. Fagan, individually, and as a member of the 'Interest Association of Wertheim Heirs.'" *See* Exs. A, B (caption). The District of Columbia Court dismissed Plaintiff's suit without prejudice because the CS Complaint, on its face, "indicates that the plaintiff, who is proceeding pro se, is representing the interests of others in addition to his own interest, which as a former member of the Bar the plaintiff should have appreciated he could not legally do." Ex. B (emphasis in original). This reasoning is also a basis for dismissal of the present action.

Courts may take judicial notice of proceedings in other courts. *See US ex rel Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (citing *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169 (10th Cir. 1979)) ("[W]e 'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'"). Exhibits A and B are documents of public record and are "not subject to reasonable dispute [and] capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b)(2).

For the foregoing reasons, Exhibits A and B may properly be considered by the Court in ruling on the Banks' Motion to Dismiss.

Dated: November 21, 2012

Respectfully submitted,

**MILBANK, TWEED, HADLEY & McCLOY LLP**

By: /s/ Robert J. Liubicic
Robert J. Liubicic
Sander Bak
Nicole Vasquez Schmitt

Attorneys for Defendants
*DEUTSCHE BANK AG*
*DEUTSCHE BANK (SUISSE) SA*
*DEUTSCHE BANK S.A.E.*

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

     On November 21, 2012, I served the foregoing document(s) described as **SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) SA, AND DEUTSCHE BANK, S.A.E.'S MOTION TO DISMISS** on the interested parties in this action:

     **X**    by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> **Edward D. Fagan**
> **Interest Association of Wertheim Heirs**
> **5708-01 Arbor Club Way**
> **Boca Raton, FL 33433**
> **faganinternational@gmail.com**

**X**    **BY ELECTRONIC TRANSMISSION**:  The foregoing document was transmitted via the Court's ECF System to the parties listed on the attached service list.

**X**    **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

     Executed on November 21, 2012 at Los Angeles, California.

                            /s/ Jenifer Gibbs
                            Jenifer Gibbs