# Exhibit B

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____
                                    )
EDWARD D. FAGAN,                    )
INDIVIDUALLY AND AS A MEMBER        )
OF THE "INTEREST ASSOCIATION OF     )
WERTHEIM HEIRS"                     )
                                    )
            Plaintiff,              )
                                    )
    v.                              )   Civil Action No. 12-1468 (RBW)
                                    )
CREDIT SUISSE AG, et al.,           )
                                    )
                                    )
            Defendants.             )
_____ )

## ORDER

In accordance with the Court's oral ruling issued at the status conference held on November 16, 2012, it is hereby

**ORDERED** that the Complaint is **DISMISSED WITHOUT PREJUDICE**, based on the fact that on its face, the Complaint before the Court indicates that the plaintiff, who is proceeding pro se, is representing the interests of others in addition to his own interest, which as a former member of the Bar the plaintiff should have appreciated he could not legally do.

**SO ORDERED** this 16th day of November, 2012.

                                        REGGIE B. WALTON
                                        United States District Judge