UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward D Fagan <br><br> PLAINTIFF(S), <br> v. <br><br> Deutsche Bank AG et al <br><br> DEFENDANT(S), | CASE NUMBER <br> 2:12-CV-7582 DSF (MANx) <br><br> NOTICE OF CLERICAL ERROR |

TO: U. S. District Judge(s)
U. S. Magistrate Judge(s)
Counsel of Record

You are hereby notified that due to a clerical error ☐ documents associated with the filing of the new action ☐ the following scanned document ☑ docket entry   have/has been corrected as indicated below.

Title of Scanned Document: Notice of Filing: Exhibit to accompanying Plaintiff's Memo of PA

Filed Date: 12/3/12        Document Number: 35

☐ Incorrect case number _____ was assigned to this ☐ action ☐ document.

☐ Case number has been corrected. The correct case number is _____

☐ Incorrect judge's initials were indicated on this ☐ action ☐ document. The correct judge's initials are _____

☐ Incorrect magistrate judge's initials were indicated on this ☐ action ☐ document. The correct magistrate judge's initials are _____.

☐ Case has been reassigned from ☐ Judge ☐ Magistrate Judge _____ to ☐ Judge ☐ Magistrate Judge _____. The initials of the new judge(s) are _____

☐ Case was assigned to ☐ Western ☐ Southern ☐ Eastern division. Pursuant to General Order ☐ 349, ☐ 07-09, ☐ 98-3, ☐ 02-06, the case has been reassigned to the ☐ Western ☐ Southern ☐ Eastern division. The former case number _____ has been reassigned to new case number _____

☐ Subsequent documents must be filed at the ☐ Western ☐ Southern ☐ Eastern division. Failure to file at the proper location will result in your documents being returned to you.

☐ Case title is corrected from _____ to _____

☐ Document has been re-numbered as document number _____

☐ Incorrect ☐ Filed Date ☐ Date of Document ☐ ENTERED Date ☐ DATE ENTERED ON CM/ICMS was stamped on document. The correct date is _____

☑ Document is missing page number(s): Exhibit 5 Tab

☐ To ensure proper routing of documents, all documents filed with the court must reflect the following case number and judge's initials: _____

☑ Other: Document will be replaced to reflect all 33 pages.

Date December 5, 2012

CLERK, U.S. DISTRICT COURT
By: *Irene Ramirez*
*Relief Courtroom Deputy*
Deputy Clerk

*cc: Intake Supervisor / Deputy In Charge*

G-11 (04/09)                    NOTICE OF CLERICAL ERROR