FILED

2012 DEC -4  PM 3: 13

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1  Edward D. Fagan
2  5708-01 Arbor Club Way
   Boca Raton, FL  33433
3  Phone: (561) 372-9296
4  Fax: (561) 948-2707
   Email: faganinternational@gmail.com
5  Plaintiff Pro Per

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Edward D. Fagan, | Case No. CV 12-7582-DSF-MANx |
|---|---|
| Plaintiff Pro Per, | |
| v. | NOTICE OF FILING |
| Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffman, deceased Honorary Consul General of Germany to Spain, | Notarial Assignment Fuhr to Friends of L.B.S. Inc. |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Edward D. Fagan Plaintiff Pro Per hereby prays this Court to accept and file the attached copy of the formal Notarial Assignment in favor of Friends of LBS Inc. located at 2803 North Oak Street, Myrtle Beach, South Carolina of 37.5 % of the inheritance of the estate of Dr. Bäuml that occurred originally in 2011.

The document is in German and a certified translation is being Ordered and will be filed with the Court. However for these purposes, here is an unofficial translation of what I believe are the following relevant sections:

*§ 5 Use of Funds*
   *The money given to Friends of LBS Inc. (Lauder Business School) is solely to be used to support underprivileged children and so to realize a good education for these young people and that this was the explicit wish of the late Dr. Bäuml . . .*

*§6 Monitoring of use of funds*
   *The Party 1) (Tim Fuhr) and the Party 2) (Friends of LBS) agree that the World Jewish Congress will take over the monitoring of the correct use of funds.*
   *The Party 2) (Friends of LBS) communicates to the Party 1) Tim Fuhr that the President of the World Jewish Congress, Mr. Ronald Lauder, personally gave his consent that the World Jewish Congress will take over the monitoring of the correct use of assets.*

| | |
|---|---|
| 1 | |
| 2 | Dated: December 3, 2012 |
| 3 |                             Respectfully submitted, |

Dated: December 3, 2012

                            Respectfully submitted,

*[signature: Edward D Fagan]*

<u>Edward D. Fagan (electronic signature)</u>
Edward D. Fagan
5708-01 Arbor Club Way
Boca Raton, FL 33433
Tel/Fax # (561) 372-9296 / (561) 948-2707
Email: faganinternational@gmail.com
Plaintiff Pro Per

-2-

# PROOF OF SERVICE

Edward D. Fagan hereby certifies that the foregoing

Notarial Assignment in favor of Friends of LBS

has been served on Defendants to their below listed addresses.

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic - rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak - sbak@milbank.com
Nicole Vasquez Schmitt - nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Suisse Geneva, and Deutsche Bank Spain SA

with the original of the Notarial Assignment in Favor of LBS, was delivered to Clerk of the Court for the United States District Court, Central District of California, United States Courthouse, 312 North Spring Street Los Angeles, CA 90012-4701 and a courtesy copy to the Hon. Dale S. Fischer USDJ.

Dated: December 3, 2012         /s/ Edward D. Fagan (signed electronically)
Boca Raton, FL                  Edward D. Fagan, Plaintiff Pro Se