FILED
2012 DEC -6 PM 2:18
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

1  Edward D. Fagan
2  5708-01 Arbor Club Way
   Boca Raton FL 33433
3  Tel. (561) 372-9296
4  Fax. (561) 947-2808
   Email: faganinternational@gmail.com
5  Plaintiff Pro Per

6

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward D. Fagan, | Case No. CV 12-7582-DSF-MANx |
| Plaintiff, | |
| v. | |
| Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffman, deceased Honorary Consul General of Germany to Spain, | **NOTICE OF ERRATA** |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Edward D. Fagan Plaintiff Pro Per hereby prays this Court to accept and file the following Errata to his 30 Nov 2012 Memorandum in Opposition to Defendants Motion to Dismiss (DE # 16) and prays the Court consider same in the context of matters presently before the Court.

Page 2, Line 20 -       <u>correcting</u> the deficiencies

Page 8, Line 28 -       ~~and~~ <u>where</u> I fear for my safety –

Page 9, Lines 1-2 -    provided <u>by</u> the original heirs long before the complaint was filed and <u>which</u> shows

Page 10, Line 4 - 5 -  adequate alternate forum <u>for my claims</u> . . .

Page 12, line 21      -  (and hence Deutsche Bank's) ~~for~~ liability

Page 13, line 15     -  <u>Due to</u> Deutsche Bank's

Page 14, line 6       -  competent archivist ~~, through which.~~

Page 15, line 12    -  claims cannot be <u>pursued</u>

Page 16, line 28    -  Andorran passports <u>which he used</u>

Page 17, line 13    -  costs to <u>attend</u> hearings
              line 26    -  <u>Switzerland and they would almost certainly discriminate</u>

Page 25 – Line 1    -  <u>until Aug. 2, 2020</u> - not 2010.

Dated:  5 December 2012       /s/ Edward D. Fagan (electronically signed)
                                                 Edward D. Fagan
                                                 5708-01 Arbor Club Way
                                                 Boca Raton FL 33433
                                                 Tel. (561) 372-9296 / Fax. (561) 947-2808
                                                 Email: faganinternational@gmail.com
                                                 Plaintiff Pro Per

-1-

# PROOF OF SERVICE

Edward D. Fagan hereby certifies that the foregoing Notice of Filing of Errata to Plaintiff's 30 November 2012 Memorandum in Opposition to Defendants Motion to Dismiss (DE # 16) has been served on Defendants to their below listed addresses.

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic - rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak - sbak@milbank.com
Nicole Vasquez Schmitt -  nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Suisse Geneva, and Deutsche Bank Spain SA

with the original of the Notice of Filing of Errata to Plaintiff's 30 November 2012 Memorandum in Opposition to Defendants Motion to Dismiss (DE # 16) has been delivered to Clerk of the Court for the United States District Court, Central District of California, United States Courthouse, 312 North Spring Street Los Angeles, CA 90012-4701 and a courtesy copy to the Hon. Dale S. Fischer USDJ.

Dated: 6 December 2012              /s/ Edward D. Fagan (signed electronically)
       Boca Raton, FL               Edward D. Fagan, Plaintiff Pro Se