FILED

2012 DEC -6 PM 2: 17

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY:_____

Edward D. Fagan
5708-01 Arbor Club Way
Boca Raton, FL 33433
Phone: (561) 372-9296
Fax: (561) 948-2707
Email: faganinternational@gmail.com
Plaintiff Pro Per

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| Edward D. Fagan, | Case No. CV 12-7582-DSF-MANx |
|---|---|
| Plaintiff, | **NOTICE OF FILING OF PLAINTIFF'S PROPOSED FORM OF ORDER** |
| v. | |
| Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffman, deceased Honorary Consul General of Germany to Spain, | GRANTING PLAINTIFF'S MOTION (i) SEEKING PERMISSION TO FILE AMENDED COMPLAINT; (ii) STRIKING DEFENDANTS' MOTION TO DISMISS (Dkt # 16) FOR FAILURE TO COMPLY WITH LOCAL RULE 7.3 and JUDGE'S INDIVIDUAL RULE 7 (b) and 8 a; (iii) DIRECTING DEFENDANTS TO SERVE RULE 26 (a) MANDATORY DISCLOSURES; (iv) GRANTING AN EVIDENCE PRESERVATION ORDER; (v) SCHEDULING A STATUS CONFERNCE; AND (vi) DIRECTING PARTIES SUBMIT TO MEDIATION |
| Defendants. | |

**TO THE HONORABLE COURT AND TO ALL PARTIES:**

**PLEASE TAKE NOTICE** that Edward D. Fagan Plaintiff Pro Per hereby prays this Court to accept and file the attached Proposed Form of Order granting Plaintiff's 29 November 2012 Omnibus Motion.

Dated: December 6, 2012

Respectfully submitted,

*/s/ Edward D. Fagan/*

<u>Edward D. Fagan (electronic signature)</u>
Edward D. Fagan
5708-01 Arbor Club Way
Boca Raton, FL  33433
Tel/Fax # (561) 372-9296 / (561) 948-2707
Email: faganinternational@gmail.com
Plaintiff Pro Per

## PROOF OF SERVICE

Edward D. Fagan hereby certifies that the foregoing Notice of Filing of Proposed Form of Order has been served on Defendants to their below listed addresses.

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic - rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA  90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak - sbak@milbank.com
Nicole Vasquez Schmitt - nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Suisse Geneva, and Deutsche Bank Spain SA

with the original of the Notice of Filing of Proposed Form of Order in relation to Plaintiff's 29 November 2012 Omnibus Motion has been delivered to Clerk of the Court for the United States District Court, Central District of California, United States Courthouse, 312 North Spring Street Los Angeles, CA 90012-4701 and a courtesy copy to the Hon. Dale S. Fischer USDJ.

Dated: 6 December 2012              /s/ Edward D. Fagan (signed electronically)
       Boca Raton, FL               Edward D. Fagan, Plaintiff Pro Se