1

2

3

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

4 Edward D. Fagan,                          Case No. CV 12·7582-DSF-MANx

5                    Plaintiff,

6                                           **PROPOSED FORM OF ORDER**

7        v.

8 Deutsche Bank AG, Deutsche Bank           GRANTING PLAINTIFF'S MOTION
  Suisse Geneva, Deutsche Bank Spain        (DE # 31) (i) SEEKING PERMISSION
9 SA and Hans Hoffman, deceased             TO FILE AMENDED COMPLAINT; (ii)
  Honorary Consul General of Germany        STRIKING DEFENDANTS' MOTION
10 to Spain,                                TO DISMISS (Dkt # 16) FOR FAILURE
                                            TO COMPLY WITH LOCAL RULE 7.3
11                                          and JUDGE'S INDIVIDUAL RULE 7 (b)
12                   Defendants.            and 8 a; (iii) DIRECTING
                                            DEFENDANTS TO SERVE RULE 26 (a)
13                                          MANDATORY DISCLOSURES; (iv)
14                                          GRANTING AN EVIDENCE
15                                          PRESERVATION ORDER; (v)
                                            SCHEDULING A STATUS
16                                          CONFERNCE; AND (vi) DIRECTING
17                                          PARTIES SUBMIT TO MEDIATION
18

19

20

21

22

23

24

25

26

27

28

1

2    **THIS MATTER** having come on to be heard before the Court on

3    Plaintiff's Motion for relief including (i) Permission to file an Amended

4    Complaint; (ii) Striking Defendants' Motion to Dismiss (Dkt # 16) for

5    Failure to comply with Local Rule 7.3 and Judge Fischer's Individual Rules

6    -- Rule 7 (b) and 8 a; (iii) Directing Defendants to Serve Their Rule 26 (a)

7    Mandatory Disclosures; (iv) Enter an Evidence Preservation Order; (v)

8    Schedule a Status Conference; and (vi) Directing the Parties to Submit to

9    Mediation and the Court having considered the Motion and the

10   accompanying exhibits and any opposition thereto and for good cause

11   shown,

12   **IT IS HEREBY ORDERED** that Plaintiff's Motion is granted in its

13   entirety.  The Court shall issue a further Order including the specific dates

14   by which (i) Plaintiff is to file his Amended Complaint; (ii) Defendant is to

15   serve its Mandatory Disclosures; (iii) the parties should submit to Mediation

16   and (iv) on which Conference will be held.

17

18   Dated: _____          _____

19

20

21

22

23

24

25

26

27

28