MILBANK, TWEED, HADLEY & McCLOY LLP
Robert J. Liubicic (SBN 271465)
rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

MILBANK, TWEED, HADLEY & McCLOY LLP
Sander Bak (*Pro Hac Vice*)
sbak@milbank.com
Nicole Vasquez Schmitt (*Pro Hac Vice*)
nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank (Suisse) SA, and Deutsche Bank S.A.E.

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs", <br><br> Plaintiff, <br><br> v. <br><br> Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffmann, deceased Honorary Consul General of Germany to Spain, <br><br> Defendants. | Case No. CV 12-07582 DSF(MANx) <br><br> **DECLARATION OF HEINER WILL IN FURTHER SUPPORT OF DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) SA, AND DEUTSCHE BANK, S.A.E.'S MOTION TO DISMISS** <br><br> Complaint Filed: September 5, 2012 <br> Judge: Hon. Dale S. Fischer <br> Hearing Date: None unless ordered by Court (*See* ECF No. 29) <br> Hearing Time: 1:30 p.m. <br> Courtroom: 840 - Roybal |

Heiner Will declares, pursuant to 28 U.S.C. § 1746:

1. I am an attorney in the legal department of Deutsche Bank AG ("DB AG"). I have held that position since January 1, 1999.

2. I make this declaration in further support of DB AG, Deutsche Bank (Suisse) SA ("DB Suisse"), and Deutsche Bank S.A.E's ("DB Spain") (collectively, the "DB Defendants") Motion to Dismiss the Complaint.

3. The following statements are based upon my personal knowledge, my review of documents prepared and maintained by the DB Defendants in their ordinary course of business, and upon information provided by employees of the DB Defendants responsible for and with knowledge of the business records of the DB Defendants.

4. Contrary to the statement in Plaintiff's opposition to the DB Defendants' motion to dismiss at page 22, DB Spain and DB Suisse do not share a common management or supervisory board.

5. Contrary to the statement in Plaintiff's opposition to the DB Defendants' motion to dismiss at page 22, DB Spain and DB Suisse do not have common stocks and dividends.

6. Contrary to the statement in Plaintiff's opposition to the DB Defendants' motion to dismiss at page 22, although DB Spain and DB Suisse sometimes refer to themselves as *part* of "The Deutsche Bank Group" in marketing

materials, they do not operate under that name because there is no legal entity named "The Deutsche Bank Group".

7. DB Spain has regular board meetings separate from DB AG and DB Suisse.

8. DB Suisse has regular board meetings separate from DB AG and DB Spain.

9. DB Spain observes corporate formalities separate from DB AG and DB Suisse.

10. DB Suisse observes corporate formalities separate from DB AG and DB Spain.

11. The assets of DB Spain are not commingled with the assets of DB AG or DB Suisse.

12. The assets of DB Suisse are not commingled with the assets of DB AG or DB Spain.

13. DB Spain and DB Suisse have separate offices.

14. DB AG and DB Suisse have separate offices.

15. The DB AG branch in Spain shares some office space with DB Spain, but DB Spain also maintains its own office space separate from DB AG.

16. Contrary to the statement in Plaintiff's opposition to the DB Defendants' motion to dismiss at page 22, DB AG does not unilaterally determine

the activities and direction of DB Spain or DB Suisse. The boards of directors of those entities have their own decision making power.

17.  I consulted with each of the DB Defendants and can represent to the Court that, if this case were to be dismissed on *forum non conveniens* grounds and the Plaintiff were to re-file the same claims in Switzerland, each of the DB Defendants would consent to jurisdiction in Switzerland for that lawsuit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2012 at Frankfurt am Main, Germany.

_____
Heiner Will
Senior Counsel of Deutsche Bank AG

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 601 South Figueroa Street, 30th Floor, Los Angeles, California 90017.

On December 14, 2012, I served the foregoing document(s) described as **DECLARATION OF HEINER WILL IN FURTHER SUPPORT OF DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) SA, AND DEUTSCHE BANK, S.A.E.'S MOTION TO DISMISS** on the interested parties in this action:

 **X**   by placing ___ the original **X** a true copy thereof enclosed in sealed envelopes addressed as follows:

**Edward D. Fagan**
**Interest Association of Wertheim Heirs**
**5708-01 Arbor Club Way**
**Boca Raton, FL  33433**
**faganinternational@gmail.com**

**X**   **BY ELECTRONIC TRANSMISSION**: The foregoing document was transmitted via the Court's ECF System to the parties listed on the attached service list.

**X**   **(FEDERAL)**  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 14, 2012 at Los Angeles, California.

/s/ Alice Garcia
Alice Garcia