1 | Edward D. Fagan
2 | 5708-01 Arbor Club Way,
  | Boca Raton, FL 33433
3 | Phone: (561) 372-9296
  | Fax: (561) 948-2707
4 | Email: faganinternational@gmail.com
  | Plaintiff Pro Per

*lodged prop ord*

FILED
2012 DEC 17 PM 1:33
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs",

  Plaintiff,

v.

Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffman, deceased Honorary Consul General of Germany to Spain,

  Defendants.

Case No. CV 12-7582-DSF (MANx)

**NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO FRCP RULE 41 (a) (1) (A) (i) OF ALL CLAIMS AGAINST DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) S.A., and DEUTSCHE BANK, S.A.E. ONLY**

Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i)

PLEASE TAKE NOTICE THAT, pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i), Plaintiff Edward D. Fagan, individually and acting on his own behalf, hereby voluntarily dismisses the above entitled action against Defendants Deutsche Bank AG, Deutsche Bank (Suisse) S.A. and Deutsche Bank Spain S.A.E. (collectively "Defendants Deutsche Bank") ONLY and hereby files this notice of dismissal with the Clerk of the Court before service by Defendants Deutsche Bank of an answer or a motion for summary judgment.

Dated:  December 17, 2012

Respectfully submitted,

*/s/ Edward D. Fagan (electronic signature)*
Edward D. Fagan, Plaintiff Pro Per
5708-01 Arbor Club Way, Boca Raton, FL  33433
Tel/Fax # (561) 372-9296 / (561) 948-2707
Email: faganinternational@gmail.com

-1-
Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i)

## CERTIFICATE OF SERVICE

Edward D. Fagan hereby certifies that the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i) has been served on Defendants to their below listed addresses.

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic - rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak - sbak@milbank.com
Nicole Vasquez Schmitt - nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Suisse Geneva, and Deutsche Bank Spain SA

with the original of the Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i) delivered to Clerk of the Court for the United States District Court, Central District of California, United States Courthouse, 312 North Spring Street Los Angeles, CA 90012-4701 and a courtesy copy to the Hon. Dale S. Fischer USDJ.

Dated: 17 December 2012
Boca Raton, FL

/s/ Edward D. Fagan (signed electronically)
Edward D. Fagan, Plaintiff Pro Se