Edward D. Fagan
5708-01 Arbor Club Way,
Boca Raton, FL 33433
Phone: (561) 372-9296
Fax: (561) 948-2707
Email: faganinternational@gmail.com
Plaintiff Pro Per

LODGED

2012 DEC 17 PM 1:33

CLERK U.S. DISTRICT
CENTRAL DIST. OF CAL.
LOS ANGELES
BY:

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

Edward D. Fagan, individually, and as a member of the "Interest Association of Wertheim Heirs",

                          Plaintiff,

          v.

Deutsche Bank AG, Deutsche Bank Suisse Geneva, Deutsche Bank Spain SA and Hans Hoffman, deceased Honorary Consul General of Germany to Spain,

                          Defendants.

Case No. CV 12-7582-DSF (MANx)

**PROPOSED ORDER**

**GRANTING NOTICE OF VOLUNTARY DISMISSAL, PURSUANT TO FRCP RULE 41 (a) (1) (A) (i)  OF ALL CLAIMS AGAINST DEUTSCHE BANK AG, DEUTSCHE BANK (SUISSE) S.A., and DEUTSCHE BANK, S.A.E. ONLY**

Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i)

1       Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i), Plaintiff Edward D. Fagan, individually and

2   acting on his own behalf, voluntarily dismissed the above entitled action against Defendants

3   Deutsche Bank AG, Deutsche Bank (Suisse) S.A. and Deutsche Bank Spain S.A.E. (collectively

4   "Defendants Deutsche Bank") ONLY and filed a notice of dismissal with the Clerk of the Court

5   before service by Defendants Deutsche Bank of an answer or a motion for summary judgment;

6

7       IT IS SO ORDERED.

8

9

10   Dated:    12/21/12

11                    Hon. Dale S. Fischer
                 Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-

Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i)

CERTIFICATE OF SERVICE

Edward D. Fagan hereby certifies that the foregoing Proposed Order on Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i) has been served on Defendants to their below listed addresses.

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Robert J. Liubicic - rliubicic@milbank.com
601 South Figueroa Street, 30th Floor
Los Angeles, CA 90017-5735
Telephone: (213) 892-4000
Facsimile: (213) 629-5063

**MILBANK, TWEED, HADLEY & McCLOY LLP**
Sander Bak - sbak@milbank.com
Nicole Vasquez Schmitt - nschmitt@milbank.com
1 Chase Manhattan Plaza
New York, NY 10005
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

Attorneys for Defendants Deutsche Bank AG,
Deutsche Bank Suisse Geneva, and Deutsche Bank Spain SA

with the original of the Proposed Order on Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i) delivered to Clerk of the Court for the United States District Court, Central District of California, United States Courthouse, 312 North Spring Street Los Angeles, CA 90012-4701 and a courtesy copy to the Hon. Dale S. Fischer USDJ.

Dated: 17 December 2012          /s/ Edward D. Fagan (signed electronically)
       Boca Raton, FL            Edward D. Fagan, Plaintiff Pro Se

Plaintiff's Notice of Voluntary Dismissal Pursuant to F.R.C.P. Rule 41 (a) (1) (A) (i)