UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 12-7582 DSF (MANx) | Date | 1/23/13 |
|---|---|---|---|
| Title | Edward D. Fagan v. Deutsche Bank AG, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     (In Chambers) Order Dismissing Action in it Entirety

    Plaintiff has failed to show cause, in writing, no later than January 22, 2013, why this matter should not be dismissed for improper venue and has failed to show cause by that date why he has standing to raise any of the claims that he has attempted to assert against Hoffmann. Therefore, pursuant to the Court's January 8, 2013 Order, the action is dismissed in its entirety.

    IT IS SO ORDERED.