UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD D. FAGAN,<br><br>        Plaintiff,<br><br>  v.<br><br>DEUTSCHE BANK AG, et al.<br><br>        Defendants. | Case No. CV 12-7582 DSF (MANx)<br><br>JUDGMENT OF DISMISSAL |

    The Court having previously issued an Order to Show Cause re Dismissal, Plaintiff not having responded, and the Court having concluded that venue is improper and Plaintiff lacks standing,

    IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, and that the action be dismissed without prejudice.

DATED:   January 24, 2013

                                         DALE S. FISCHER<br>                                         United States District Judge